IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JIMMY SHANE CANTRELL**                                                                 **PLAINTIFF**
*ADC #098730*

v.                             **CASE NO. 2:23-CV-00069-BSM**

**SCOFILD, East Arkansas**
**Regional Unit**, *et al.*                                                               **DEFENDANTS**

## ORDER

After careful review of the record, United States Magistrate Judge J. Thomas Ray's recommended disposition [Doc. No. 9] is adopted. Jimmy Shane Cantrell's lawsuit is dismissed without prejudice for failure to state a claim upon which relief may be granted. All pending motions [Docs. No. 4, 7, and 8] are denied as moot. An *in forma pauperis* appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 17th day of November, 2023.

UNITED STATES DISTRICT JUDGE