IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JIMMY SHANE CANTRELL**  **PLAINTIFF**
*ADC #098730*

v.   CASE NO. 2:23-CV-00069-BSM

**SCOFILD, East Arkansas**
**Regional Unit,** *et al.*   **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 17th day of November, 2023.

_____
UNITED STATES DISTRICT JUDGE